**Ruth R. Plain, Plaintiff-Appellee, v. John G. Plain, Defendant-Appellant.**

**Gen. No. 66–88.**

Second District.
February 2, 1967.

Carbary, Carbary and Chapski, of Elgin, for appellant; Reid, Ochsenschlager, Murphy and Hupp, of Aurora, for appellee. Opinion by JUSTICE SEIDENFELD. **Not to be published in full.**